**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | OCEANROAD GLOBAL SERVICES LIMITED | |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☑ Other 05545539 . Describe identifier UK Company Number<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____ . Describe identifier _____ | |
| 3. Name of foreign representative(s) | Nicholas Wood, Colin Diss and Michael Leeds | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Creditors Voluntary Liquidation, Case no. CR-2021-MAN-000214 | |
| 5. Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. Order confirming the status of the liquidation and the Joint Liquidators' appointment in the same | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes | |

Debtor   OCEANROAD GLOBAL SERVICES LIMITED           Case number (if known) _____
         Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

England and Wales

**Debtor's registered office:**

4 Hardman Square, Spinningfields
Number          Street

_____
P.O. Box

Manchester                              M3 3EB
City           State/Province/Region    ZIP/Postal Code

England
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

30 Finsbury Square
Number    Street

_____
P.O. Box

London                    EC2A 1AG
City    State/Province/Region    ZIP/Postal Code

England
Country

**10. Debtor's website (URL)**    _____

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

Debtor    OCEANROAD GLOBAL SERVICES LIMITED                     Case number (if known)_____
                 Name

### 12. Why is venue proper in *this district*?

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ (signed)_____        COLIN DISS_____
Signature of foreign representative        Printed name

Executed on  06 / 14 / 2021
             MM / DD / YYYY

✗ _____        _____
Signature of foreign representative        Printed name

Executed on  _____
             MM / DD / YYYY

### 14. Signature of attorney

✗ /s/ Nyana Abreu Miller_____        Date  _____
Signature of Attorney for foreign representative            MM / DD / YYYY

Nyana Abreu Miller
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number    Street

Miami                                         FL         33131
City                                          State      ZIP Code

(305) 372-8282                                nmiller@sequorlaw.com
Contact phone                                 Email address

092903                                        FL
Bar number                                    State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3