**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

OCEANROAD GLOBAL SERVICES LIMITED,   Chapter 15
                                     Case No.:
Debtor in a Foreign Proceeding.
_____/

### VERIFIED MOTION FOR ORDER OF RECOGNITION OF FOREIGN MAIN PROCEEDING PURSUANT TO §§ 1515 AND 1517 AND REQUEST FOR HEARING

Nicholas Wood, Colin Diss and Michael Leeds, the joint liquidators ("Joint Liquidators" or "Foreign Representatives"), move this Court for entry of an Order recognizing the creditors' voluntary liquidation ("UK Proceeding") of Oceanroad Global Services Limited ("Oceanroad" or "Debtor") subject to the control or supervision of the High Court of Justice Business and Property Courts in Manchester Insolvency and Companies List (ChD) ("UK Court"), as a foreign main proceeding under 11 U.S.C. § 1517,[1] granting related relief pursuant to §§ 1520 and 1521, and granting any additional relief which may be available under the Bankruptcy Code. The Foreign Representatives further request a hearing on the initial petition (ECF No. 1) ("Petition") and this Verified Motion no earlier than (21) days after the date the Court issues its notice of hearing but, in any event, "at the earliest possible time" thereafter. See Fed. R. Bankr. P. 2002(q); § 1517(c).

### PRELIMINARY STATEMENT, JURISDICTION, & VENUE

1. The Foreign Representatives file the Petition and this Verified Motion under § 1504 to seek recognition of the UK Proceeding as a "foreign main proceeding," as defined in § 1502(4).

---

[1] All statutory references shall be to Title 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), unless otherwise specified.

2.   The Petition and the Verified Motion are supported by the Declaration under penalty of perjury of Colin Diss ("Declaration") attached as **Exhibit 1**. The Declaration itself contains an exhibit referred to and incorporated herein. The Declaration also provides a summary of the UK Proceeding, a substantial fraud claim brought against Oceanroad by creditors, and the conversion of the UK Proceeding to its current status as a creditors' voluntary liquidation subject to the supervision of the UK Court.

3.   A true and correct copy of the Order dated April 14, 2021 confirming the status of the liquidation and the Joint Liquidators' appointment in the same ("Liquidation and Appointment Order") is attached hereto as **Exhibit 1-A**.[2] The Foreign Representatives took office as the joint liquidators for Oceanroad pursuant to the resolution of creditors at a meeting duly convened for that purpose on February 10, 2021. The Foreign Representatives have acted in the capacity as joint liquidators in the UK Proceeding continuously since Oceanroad gave notice of their appointments to Companies House in the UK on February 11, 2021. Ex. 1 ¶ 4.

4.   As required by Fed. R. Bankr. P. 1007(a)(4), a Statement of Corporate Ownership, in conformity with Fed. R. Bankr. P. 7007.1 is attached hereto as **Exhibit 2**.

5.   England and Wales is the center of main interests of the Debtors. Among other considerations: England and Wales is the location of the Debtor's registered address. See Ex. 1, Declaration at ¶ 6.[3] The Foreign Representatives are unaware of any evidence that Oceanroad conducted the administration of its affairs other than from its registered office or that it had any establishment or place of business outside England and Wales.

---

[2] Exhibit 1-A indicates the document attached to the Declaration as Exhibit A.

[3] See § 1516(c) ("In the absence of evidence to the contrary, the debtor's registered office, or habitual residence in the case of an individual, is presumed to be the center of the debtor's main interests.").

6. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334 and §§ 109 and 1501 of the Bankruptcy Code.

7. This is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

8. Venue is proper in this district under 28 U.S.C. § 1410. Foreign Representatives have retained Sequor Law, P.A. ("Sequor Law") in this district and Sequor Law holds in its trust account in this District US$ 1,500 on behalf of and for the benefit of the Debtor, to which funds Sequor Law has no rights of setoff, charging lien, or similar right. See Ex. 1 ¶ 24.

## BACKGROUND AND BASIS FOR RECOGNITION

9. The Declaration sets forth in detail the background and basis for recognition and it is incorporated by reference as if fully set forth here. See Ex. 1.

10. The Foreign Representatives have satisfied each of the requirements for recognition of the UK Proceeding under Chapter 15 of the Bankruptcy Code, as follows:

(a) The Foreign Representatives qualify as "foreign representatives" as defined in 11 U.S.C. §101(24) because they are persons authorized in the UK Proceeding to administer the liquidation of the Debtor's assets and affairs and to act as a representative of the UK Proceeding.

(b) The UK Proceeding is a "foreign main proceeding" as defined in 11 U.S.C. § 101(23) and 1502(4) because it is (i) pending in England and Wales, which is the Debtor's center of main interests; and (ii) a collective judicial proceeding under a law relating to insolvency or adjustment of debt in which proceeding the Debtor's assets and affairs are subject to the supervision of the UK Court for the purpose of liquidation. See Ex. 1 ¶¶ 3-6; Ex. 1-A.

(c)     The Debtor meets the requirements of a "debtor" as defined in sections 109(a), if applicable, and 1502 because the Debtor is the subject of a foreign proceeding and has assets in the United States, including property of the Debtor in trust with Sequor Law in the amount of US $1,500. See Ex. 1 ¶ 24.

(d)     This Verified Motion is accompanied by the Order of the UK Court, dated April 14, 2021, confirming the status of the liquidation and the Joint Liquidators' appointment in the UK Proceeding. See Ex. 1-A.

(e)     Additionally, the Declaration contains the list of all foreign proceedings, persons, or entities that must be identified pursuant to 11 U.S.C. § 1515 and Fed. R. Bankr. P. 1007. See Ex. 1 ¶ 31.

## RELIEF REQUESTED

11.     The Foreign Representatives seek an Order pursuant to §§ 105(a), 1507, 1517, 1520, and 1521 of the Bankruptcy Code, substantially in the form of the Proposed Order, attached as **Exhibit 3** hereto, granting the following relief:

(a) Recognizing the UK Proceeding as a foreign main proceeding and the Foreign Representatives as the duly authorized Foreign Representatives of the Debtor;

(b) Granting the relief allowable as of right upon recognition of a foreign main proceeding under § 1520 of the Bankruptcy Code;

(c) Granting all available and appropriate relief under § 1521 of the Bankruptcy Code, including:

  (1) staying the commencement or continuation of any action or proceeding without the consent of the Foreign Representatives concerning rights, obligations, or

liabilities of the Debtor and the Debtor's bankruptcy estate, to the extent not stayed under § 1520(a) of the Bankruptcy Code;

(2) staying execution against the Debtor, to the extent not stayed under § 1520(a);

(3) suspending the right to transfer or otherwise dispose of any assets of the Debtor to the extent this right has not been suspended under § 1520(a);

(4) providing for the examination of witnesses, the taking of evidence, and the delivery of information concerning the assets, affairs, rights, obligations, or liabilities of the Debtor or the Debtor's estate under § 1521(a)(4), the Federal Rules of Bankruptcy Procedure, including Fed. R. Bankr. P. 2004, and Local Rule 2004-1;

(5) entrusting the administration or realization of all of the Debtor's assets within the territorial jurisdiction of the United States to the Foreign Representatives;

(6) entrusting the distribution of all or part of the Debtor's assets located within the United States to the Foreign Representatives and finding that the assets of the creditors of the Debtor are sufficiently protected thereby;

(7) requiring that other than a counterclaim to a suit brought by the Foreign Representatives, no person or entity may commence suit against the Foreign Representatives in any court, including this Court, in the United States without first obtaining leave of this Court;

(8) otherwise granting comity to and giving full force and effect to the orders and documents attached to this Motion; and

(9) granting the Foreign Representatives such other and further relief as this Court may deem just and proper.

## CONCLUSION

WHEREFORE, the Foreign Representatives respectfully requests that this Court enter an Order substantially in the form of the Proposed Order attached hereto as **Exhibit 3** and grant such other relief as may be just and proper.

## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Motion is true and correct.

Executed in London, United Kingdom on 14 June, 2021

Colin Diss – as Joint Liquidator for Oceanroad Global Services Limited in the UK Proceeding

Dated: June 14, 2021

Respectfully submitted,

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By: */s/ Nyana Abreu Miller*
Edward H. Davis, Jr., Fla. Bar No. 704539
edavis@sequorlaw.com
Gregory S. Grossman, Fla. Bar No. 896667
ggrossman@sequorlaw.com
Nyana Abreu Miller, Fla. Bar No. 092903
nmiller@sequorlaw.com
Carolina Zambrano-Goncalves, Fla. Bar No. 124570
cgoncalves@sequorlaw.com