**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

OCEANROAD GLOBAL SERVICES LIMITED,   Chapter 15
　　　　　　　　　　　　　　　　　　　　　　　Case No.:
Debtor in a Foreign Proceeding.
_____/

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Mr. Colin Diss, one of the joint liquidators ("Joint Liquidators" or "Foreign Representatives") of the creditors voluntary liquidation of Oceanroad Global Services Limited ("Oceanroad" or "Debtor"), provides the following information in conformity with Fed. R. Bankr. P. 1007(a)(4) and 7007.1:

1. At the time Oceanroad went into liquidation, its shareholder was Leslie Schelterns, an individual.

2. As to the Joint Liquidators, the corporate ownership statement is inapplicable, as they are individuals.

## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the foregoing Corporate Ownership Statement is true and correct.

Executed in London, United Kingdom on 14 June, 2021

_____
Colin Diss – as Joint Liquidator for Oceanroad Global Services Limited in the UK Proceeding

Dated: June 14, 2021					Respectfully submitted,

					**SEQUOR LAW, P.A.**
					1111 Brickell Avenue, Suite 1250
					Miami, Florida 33131
					Telephone: (305) 372-8282
					Facsimile: (305) 372-8202

					By: */s/ Nyana Abreu Miller*
					Edward H. Davis, Jr., Fla. Bar No. 704539
					edavis@sequorlaw.com
					Gregory S. Grossman, Fla. Bar No. 896667
					ggrossman@sequorlaw.com
					Nyana Abreu Miller, Fla. Bar No. 092903
					nmiller@sequorlaw.com
					Carolina Z. Goncalves, Fla. Bar No. 124570
					cgoncalves@sequorlaw.com