UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,                  Chapter 15
HOLDWAVE TRADING LIMITED,

    Debtors in a Foreign Proceeding.            *(Jointly Administered)*
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion for Joint Administration of Member Case 21-16139 into Lead Case 21-16133-LMI* [ECF No. 11], was served on June 30, 2021 by the Court's CM/ECF system which sent a Notice of Electronic Filing to all CM/ECF participants listed in the attached service list, and on July 1, 2021 by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

Respectfully submitted,

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By:    */s/ Carolina Z. Goncalves*
        Edward H. Davis, Jr., Fla. Bar No. 704539
        edavis@sequorlaw.com
        Gregory S. Grossman, Fla. Bar No. 896667
        ggrossman@sequorlaw.com
        Nyana Abreu Miller, Fla. Bar No. 092903
        nmiller@sequorlaw.com
        Carolina Z. Goncalves, Fla. Bar No. 124570
        cgoncalves@sequorlaw.com

## CERTIFICATE  OF SERVICE

I HEREBY  CERTIFY  that a true and correct copy of the foregoing  has been served on

July 1, 2021 upon all interested  parties  registered  to receive  notice  via this Court's CM/ECF

electronic  notification  system and by e-mail to all persons  who are not on the list to receive e-

mail notice/service  for this case as indicated  on the service  list below.

/s/ Carolina Z. Goncalves
Carolina  Z. Goncalves


**21-16133-LMI Notice will  be electronically  mailed to:**
The following  is the list  of parties  who are currently  on the list  to receive  email notice/service  for
this case.

Nyana Abreu Miller  on behalf of Debtors Oceanroad Global  Services  Limited  and Holdwave
Trading  Limited
nmiller@sequorlaw.com,  msanchez@sequorlaw.com

Carolina  Z. Goncalves  on behalf of Debtors Oceanroad Global  Services  Limited  and Holdwave
Trading  Limited
cgoncalves@sequorlaw.com,  msanchez@sequorlaw.com

Office  of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**21-16133-LMI Notice will  be manually  sent via electronic mail to:**

The Joint  Liquidators  of Oceanroad Global  Services  Limited  and Holdwave  Trading  Limited,
acting  as agents  and without  personal  liability
nick.s.wood@uk.gt.com,  colin.diss@uk.gt.com,  michael.t.leeds@uk.gt.com