UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No.: 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,                     Chapter 15
HOLDWAVE TRADING LIMITED,

    Debtors in a Foreign Proceeding.                                     *(Jointly Administered)*
_____/

### CERTIFICATE OF SERVICE OF ORDERS GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDINGS

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Recognition of Foreign Main Proceeding of Holdwave Trading Limited Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Related Relief* [ECF No. 11]; *Order Granting Recognition of Foreign Main Proceeding of Oceanroad Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Related Relief* [ECF No. 15]; and *Order Granting Recognition of Foreign Main Proceeding of Holdwave Trading Limited Pursuant to §§ 1515 and 1517 of the Bankruptcy Code and Granting Related Relief* [ECF No. 16], were served by the Court's CM/ECF system which sent a Notice of Electronic Filing to all CM/ECF participants listed in the attached service list, and on August 5, 2021 by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

    Respectfully submitted,

    **SEQUOR LAW, P.A.**
    1111 Brickell Avenue, Suite 1250
    Miami, Florida 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202

By:    */s/ Nyana Abreu Miller*
        Edward H. Davis, Jr., Fla. Bar No. 704539

edavis@sequorlaw.com  
Gregory S. Grossman, Fla. Bar No. 896667  
ggrossman@sequorlaw.com  
Nyana Abreu Miller, Fla. Bar No. 092903  
nmiller@sequorlaw.com  
Carolina Z. Goncalves, Fla. Bar No. 124570  
cgoncalves@sequorlaw.com  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on August 5, 2021 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

/s/ Nyana Abreu Miller  
Nyana Abreu Miller

**21-16133-LMI Notice will be electronically mailed to:**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Nyana Abreu Miller on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
nmiller@sequorlaw.com, msanchez@sequorlaw.com

Carolina Z. Goncalves on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
cgoncalves@sequorlaw.com, msanchez@sequorlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**21-16133-LMI Notice will be manually sent via electronic mail to:**

The Joint Liquidators of Oceanroad Global Services Limited and Holdwave Trading Limited, acting as agents and without personal liability
nick.s.wood@uk.gt.com, colin.diss@uk.gt.com, michael.t.leeds@uk.gt.com