UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,         Chapter 15
HOLDWAVE TRADING LIMITED,

    Debtors in a Foreign Proceeding.          *(Jointly Administered)*
_____/

## NOTICE OF EXAMINATION PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND NOTICE OF SUBPOENA
*(Documents Only)*

Nicholas Wood, Colin Diss, and Michael Leeds, the joint liquidators ("Foreign Representatives"), by the undersigned attorney, requests that **The Clearing House Payments Company, LLC,** produce documents as detailed in the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case Examination included with this Notice, attached hereto and incorporated herein, no later than **September 24, 2021,** at **Veritext New York City, 1250 Broadway Suite 2400, New York, New York 10001** or if produced by electronic mail to cgoncalves@sequorlaw.com; jleon@sequorlaw.com.

The request for production of documents is pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, and Local Rule 2004-1.  Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida.  The scope of the request is as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

                                            Respectfully submitted,

SEQUOR LAW, P.A.

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
nmiller@sequorlaw.com
cgoncalves@sequorlaw.com
Telephone:    (305) 372-8282
Facsimile:    (305) 372-8202

By:    */s/ Carolina Z. Goncalves*
       Nyana Abreu Miller, Esq.
       Fla. Bar No.: 92903
       Carolina Z. Goncalves, Esq.
       Fla. Bar No.: 124570

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on September 10, 2021.

By:    /s/ *Carolina Z. Goncalves*
       Carolina Z. Goncalves, Esq.

## **SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Nyana Abreu Miller, Esq. nmiller@sequorlaw.com; msanchez@sequorlaw.com
- Carolina Z. Goncalves, Esq. cgoncalves@sequorlaw.com; msanchez@sequorlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

- (No manual recipients)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED, HOLDWAVE TRADING LIMITED, | Chapter 15 |
| Debtors in a Foreign Proceeding. _____/ | *(Jointly Administered)* |

**SUBPOENA FOR RULE 2004 EXAMINATION**
*(Documents Only; No Oral Examination Will Occur)*

**To:** **THE CLEARING HOUSE PAYMENTS COMPANY, LLC**
**115 BUSINESS PARK DRIVE**
**WINSTON-SALEM, NC 27107**

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: *See attached* **SCHEDULE I**.

| PLACE OF TESTIMONY **(If not produced electronically)** **Veritext New York City** 1250 Broadway Suite 2400 New York, New York 10001 | DATE AND TIME **Friday, September 24, 2021, or as soon as such documents are available.** |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: September 10, 2021

　　　　　　　　　　　　　　　　　　*/s/ Carolina Z. Goncalves*
　　　　　　　　　　　　　　　　　　Carolina Z. Goncalves, attorney for Foreign Representatives
　　　　　　　　　　　　　　　　　　1111 Brickell Avenue, Suite 1250, Miami Florida 33131
　　　　　　　　　　　　　　　　　　cgoncalves@sequorlaw.com; jleon@seqourlaw.com
　　　　　　　　　　　　　　　　　　Tel. (305)372-8282

**Notice to the person who issues or requests this subpoena**
　　If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: _____
_____
on *(date)* _____ .

☐     I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____
_____ on *(date)* _____ ; or

☐     I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

                                                                                                *Server's signature*

*Printed name and title*

                                                                                                 *Server's address*

Additional information concerning attempted service, etc.:

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
   (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
   *(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   *(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
   *(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   *(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or
      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   *(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   *(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   *(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   *(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   *(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
   *(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

**For access to subpoena materials,** see Fed. R. Civ. P. 45(a) Committee Note (2013)
- Parties desiring access to information produced in response to this subpoena will need to follow up with the party serving the subpoena to obtain such access.
- The party serving the subpoena should make reasonable provisions for prompt access.
- The court for the district where compliance with the subpoena is required has authority to order notice of receipt of produced materials or access to them

# SCHEDULE I

## INSTRUCTIONS

1.  Each person or entity listed in Table A shall be deemed to include any name of similar variation, including the names in the "also known as" column. Accordingly, a request for Documents involving a person or entity listed in Table A shall also encompass any person or entity similarly named or included in the "also known as" column.

2.  For Thorin International Limited a/k/a Brocode Holdings Limited, Incendio Global Limited, Joint Ford Limited, PDC Ltd., Spring Field Group Limited B.V., Alma Diamonds Co. (HK) Ltd., Al Noora Jewellery FZE, and Marengo Investment Group Ltd., "Relevant Period" means the period of time beginning with and including January 1, 2012 through and including April 30, 2015. For all other Entities listed in Table A, "Relevant Period" means the period of time beginning with and including January 1, 2012 through and including April 30, 2014.

## DOCUMENT REQUESTS

For the Relevant Period,

1.  Excel spreadsheet(s) containing the following:

a.  all CHIPS payment messages including any person or entity listed in Table A, below, irrespective of whether such person or entity is originating or receiving such payment; and

b.  to the extent not included in Document Request 1(a), all payment messages including any person or entity listed in Table A, below, which messages were translated, converted, or mapped over from SWIFT, Fedwire, or any other electronic funds transfer messaging system.

| TABLE A ||
|---|---|
| *Entities* | *Also Known As* |
| Connecor (UK) Limited<br><br>Formerly known as Welland Investments Limited, PTC (Professional Tax Consultancy) Limited, and Foddington & Cove Limited | Connecor (UK) Limited<br>Connecor (UK)<br>Connecor (UK) Ltd<br>Connecor Limited<br>Connecor Ltd<br>Welland Investments Limited<br>Welland Investments<br>Welland Investments Ltd<br>Welland Limited<br>Welland Ltd<br>PTC (Professional Tax Consultancy) Limited<br>PTC Limited<br>PTC Ltd<br>Professional Tax Consultancy Limited<br>Professional Tax Consultancy Ltd |

1

|  | Foddington & Cove Limited<br>Foddington & Cove Ltd<br>Foddington & Cove<br>Foddington Limited<br>Foddington Ltd |
|---|---|
| Oceanroad Global Services Limited | Oceanroad Global Services Limited<br>Oceanroad Global Services Ltd<br>Oceanroad Global Services<br>Oceanroad Global<br>Oceanroad Global Limited<br>Oceanroad Global Ltd<br>Oceanroad Services<br>Oceanroad Services Limited<br>Oceanroad Services Ltd<br>Oceanroad Limited<br>Oceanroad Ltd |
| Holdwave Trading Limited | Holdwave Trading Limited<br>Holdwave Trading<br>Holdwave Trading Ltd<br>Holdwave Limited<br>Holdwave Ltd |
| Bramhall & Lonsdale Limited | Bramhall & Lonsdale Limited<br>Bramhall & Lonsdale Ltd<br>Bramhall & Lonsdale<br>Bramhall Ltd<br>Bramhall Limited |
| Carte & Hurt Tools Limited | Carte & Hurt Tools Limited<br>Carte & Hurt Tools Ltd<br>Carte & Hurt Tools<br>Carte & Hurt Limited<br>Carte & Hurt Ltd<br>Carte Tools Limited<br>Carte Tools Ltd<br>Carte Limited<br>Carte Ltd |
| Harrington & Charles Trading Company Limited | Harrington & Charles Trading Company Limited<br>Harrington & Charles Trading Company Ltd<br>Harrington & Charles Trading Company<br>Harrington & Charles Trading<br>Harrington & Charles Trading Ltd<br>Harrington & Charles Trading Limited<br>Harrington & Charles<br>Harrington & Charles Ltd<br>Harrington & Charles Limited |
| OC305234 LLP<br><br>A/k/a Rose Mountain LLP | OC305234 LLP<br>Rose Mountain LLP<br>Rose Mountain |

2

| | |
|---|---|
| Blackstone Group Management Ltd | Blackstone Group Management Ltd |
| | Blackstone Group Management Limited |
| | Blackstone Group Management |
| | Blackstone Group |
| | Blackstone Group Ltd |
| | Blackstone Group Limited |
| | Blackstone Ltd |
| | Blackstone Limited |
| | Black Stone Group Management Limited |
| | Black Stone Group Management Ltd |
| | Blackstone Management |
| | Blackstone Management Ltd |
| | Blackstone Management Limited |
| Docklands Investment Limited | Docklands Investment Limited |
| | Docklands Investment Ltd |
| | Docklands Investment |
| | Docklands Limited |
| | Docklands Ltd |
| Thorin International Limited<br><br>Formerly known as Brocode Holdings Limited | Thorin International Limited |
| | Thorin International Ltd |
| | Thorin International |
| | Thorin Limited |
| | Thorin Ltd |
| | Brocode Holdings Limited |
| | Brocode Holdings Ltd |
| | Brocode Holdings |
| | Brocode Limited |
| | Brocode Ltd |
| Harmony Overseas Management Limited | Harmony Overseas Management Limited |
| | Harmony Overseas Management Ltd |
| | Harmony Overseas Management |
| | Harmony Overseas Limited |
| | Harmony Overseas Ltd |
| | Harmony Management Limited |
| | Harmony Management Ltd |
| | Harmony Management |
| Mosman Industries Ltd | Mosman Industries Ltd |
| | Mosman Industries Limited |
| | Mosman Industries |
| | Mosman Ltd |
| | Mosman Limited |
| Energy One Holdings Limited | Energy One Holdings Limited |
| | Energy One Holdings Ltd |
| | Energy One Holdings |
| | Energy One Limited |
| | Energy One Ltd |

3

|  | Energy Holdings Limited<br>Energy Holdings Ltd |
|---|---|
| Emerging Growth Fund Ltd | Emerging Growth Fund Ltd<br>Emerging Growth Fund Limited<br>Emerging Growth Fund<br>Emerging Fund Ltd<br>Emerging Fund Limited<br>Emerging Fund<br>Emerging Growth Ltd<br>Emerging Growth Limited<br>Emerging Growth |
| Glengoyne Financial Holdings Corp | Glengoyne Financial Holdings Corp<br>Glengoyne Financial Holdings Corp Ltd<br>Glengoyne Financial Holdings Corp Limited<br>Glengoyne Financial Holdings Corporation Limited<br>Glengoyne Financial Holdings Corporation Ltd<br>Glengoyne Financial Holdings Corporation<br>Glengoyne Financial Holding Corp<br>Glengoyne Financial Holding Corp Ltd<br>Glengoyne Financial Holding Corp Limited<br>Glengoyne Financial Holdings Ltd<br>Glengoyne Financial Holdings Limited<br>Glengoyne Financial Holdings<br>Glengoyne Financial<br>Glengoyne Financial Ltd<br>Glengoyne Corp<br>Glengoyne Corporation<br>Glengoyne Corp Ltd<br>Glengoyne Corp Limited |
| Nikka Invest & Finance Inc. | Nikka Invest & Finance Inc.<br>Nikka Invest & Finance Inc<br>Nikka Invest & Finance<br>Nikka Invest and Finance Inc.<br>Nikka Invest and Finance Inc<br>Nikka Investments & Finance Inc.<br>Nikka Investments & Finance Inc<br>Nikka Investments & Finance<br>Nikka Invest Inc.<br>Nikka Invest Inc<br>Nikka Finance Inc.<br>Nikka Finance Inc |
| Kilchoman Trading S.A. | Kilchoman Trading S.A.<br>Kilchoman Trading SA<br>Kilchoman Trading<br>Kilchoman S.A. |

4

| | |
|---|---|
| Incendio Global Limited | Incendio Global |
| | Incendio Global Ltd |
| | Incendio Limited |
| | Incendio Ltd |
| | Incendio Global BVI Limited |
| | Incendio Global BVI Ltd |
| | Incendio Global BVI |
| | Incendio Global Bahamas Limited |
| | Incendio Global Bahamas Ltd |
| | Incendio Global Bahamas |
| Joint Ford Limited | Joint Ford Limited |
| | Joint Ford Ltd |
| PDC Ltd | PDC Ltd |
| | PDC Limited |
| Spring Field Group Limited B.V.<br><br>Formerly known as JRD International Limited | Spring Field Group Limited B.V. |
| | Spring Field Group Limited BV |
| | Spring Field Group Limited |
| | Spring Field Group |
| | Spring Field Limited |
| | Spring Field Ltd |
| | Springfield Limited |
| | Springfield Ltd |
| | Springfield Group Limited B.V. |
| | Springfield Group Limited |
| | Springfield Group |
| | JRD International Limited |
| | JRD International Ltd |
| | JRD International |
| | JRD International Limited B.V. |
| Alma Diamonds Co. (HK) Ltd<br><br>Formerly known as Su-Raj Diamond (H.K.) Ltd | Alma Diamonds Co. (HK) Ltd |
| | Alma Diamonds Co. (HK) Limited |
| | Alma Diamonds Co (HK) Ltd |
| | Alma Diamonds Co (HK) Limited |
| | Alma Diamonds Co (H.K.) Ltd |
| | Alma Diamonds Co (H.K.) Limited |
| | Alma Diamonds Co. (Hong Kong) Ltd |
| | Alma Diamonds Co. (Hong Kong) Limited |
| | Alma Diamonds Co. HK Ltd |
| | Alma Diamonds Co. HK Limited |
| | Alma Diamonds Co. H.K. Ltd |
| | Alma Diamonds Co. H.K. Limited |
| | Alma Diamonds Co Ltd |
| | Alma Diamonds Co Limited |
| | Alma Diamonds |
| | Alma Diamonds Ltd |
| | Su-Raj Diamond (H.K.) Ltd |
| | Su-Raj Diamond (H.K.) Limited |

5

|  | Su-Raj Diamonds (H.K.) Ltd<br>Su-Raj Diamonds (HK) Ltd<br>Su-Raj Diamonds (HK) Limited<br>Su-Raj Diamonds Limited<br>Su-Raj Diamonds Ltd |
|---|---|
| Power Capital Ventures Limited | Power Capital Ventures Limited<br>Power Capital Ventures Ltd<br>Power Capital Ventures |
| Al Noora Jewellery FZE | Al Noora Jewellery FZE<br>Al Noora Jewellery<br>Al Noora FZE |
| Marengo Investment Group Ltd | Marengo Investment Group Ltd<br>Marengo Investment Group Limited<br>Marengo Investment Group |
| Pinnacle Investment Funds SPC Limited<br><br>A/k/a New Age Growth Fund Limited | Pinnacle Investment Funds SPC Limited<br>Pinnacle Investment Funds SPC Ltd<br>Pinnacle Investment Funds SPC<br>Pinnacle Investment Funds<br>Pinnacle Investment Fund SPC Limited<br>Pinnacle Investment Fund SPC Ltd<br>Pinnacle Investment Fund SPC<br>Pinnacle Investment Fund<br>New Age Growth Fund Limited<br>New Age Growth Fund Ltd<br>New Age Growth Fund |
| Global Growth Fund | Global Growth Fund Limited<br>Global Growth Fund Ltd<br>Global Growth Fund |
| Italian Gold FZC | Italian Gold FZC<br>Italian Gold F.Z.C. |
| Al Alam Jewellery FZC | Al Alam Jewellery FZC<br>Al Alam Jewelery FZC<br>Al Alam Jewelry FZC<br>Al Alam Jewellery F.Z.C.<br>Al Alam Jewelery F.Z.C.<br>Al Alam Jewelry F.Z.C.<br>Al Alam Jewellery<br>Al Alam Jewelery<br>Al Alam Jewelry<br>Al Alam FZC<br>Al Alam F.Z.C. |
| Al Mufied Jewellery FZC | Al Mufied Jewellery FZC<br>Al Mufied Jewelery FZC<br>Al Mufied Jewelry FZC<br>Al Mufied Jewellery F.Z.C.<br>Al Mufied Jewelery F.Z.C.<br>Al Mufied Jewelry F.Z.C. |

6

|  | Al Mufied Jewellery |
|---|---|
|  | Al Mufied Jewelery |
|  | Al Mufied Jewelry |
|  | Al Mufied FZC |
|  | Al Mufied F.Z.C. |
| Al Qasif Jewellery FZE | Al Qasif Jewellery FZE |
|  | Al Qasif Jewelery FZE |
|  | Al Qasif Jewelry FZE |
|  | Al Qasif Jewellery F.Z.E. |
|  | Al Qasif Jewelery F.Z.E. |
|  | Al Qasif Jewelry F.Z.E. |
|  | Al Qasif Jewellery |
|  | Al Qasif Jewelery |
|  | Al Qasif Jewelry |
|  | Al Qasif FZE |
|  | Al Qasif F.Z.E. |
| Al Razin Jewellery FZE | Al Razin Jewellery FZE |
|  | Al Razin Jewelery FZE |
|  | Al Razin Jewelry FZE |
|  | Al Razin Jewellery F.Z.E. |
|  | Al Razin Jewelery F.Z.E. |
|  | Al Razin Jewelry F.Z.E. |
|  | Al Razin Jewellery |
|  | Al Razin Jewelery |
|  | Al Razin Jewelry |
|  | Al Razin FZE |
|  | Al Razin F.Z.E. |
| Al Faheem Jewellery FZE | Al Faheem Jewellery FZE |
|  | Al Faheem Jewelery FZE |
|  | Al Faheem Jewelry FZE |
|  | Al Faheem Jewellery F.Z.E. |
|  | Al Faheem Jewelery F.Z.E |
|  | Al Faheem Jewelry F.Z.E. |
|  | Al Faheem Jewellery |
|  | Al Faheem Jewelery |
|  | Al Faheem Jewelry |
|  | Al Faheem FZE |
|  | Al Faheem F.Z.E. |
| Al Minhaj Jewellery FZE | Al Minhaj Jewellery FZE |
|  | Al Minhaj Jewelery FZE |
|  | Al Minhaj Jewelry FZE |
|  | Al Minhaj Jewellery F.Z.E. |
|  | Al Minhaj Jewelery F.Z.E. |
|  | Al Minhaj Jewelry F.Z.E. |
|  | Al Minhaj Jewellery |
|  | Al Minhaj Jewelery |
|  | Al Minhaj Jewelry |
|  | Al Minhaj FZE |
|  | Al Minhaj F.Z.E. |

| | |
|---|---|
| Al Masa Jewellery FZE | Al Masa Jewellery FZE<br>Al Masa Jewelery FZE<br>Al Masa Jewelry FZE<br>Al Masa Jewellery F.Z.E.<br>Al Masa Jewelery F.Z.E.<br>Al Masa Jewelry F.Z.E.<br>Al Masa Jewellery<br>Al Masa Jewelery<br>Al Masa Jewelry<br>Al Masa FZE<br>Al Masa F.Z.E. |
| Dana Jewellery FZE | Dana Jewellery FZE<br>Dana Jewelery FZE<br>Dana Jewelry FZE<br>Dana Jewellery F.Z.E.<br>Dana Jewelery F.Z.E.<br>Dana Jewelry F.Z.E.<br>Dana Jewellery<br>Dana Jewelery<br>Dana Jewelry<br>Dana FZE<br>Dana F.Z.E. |
| Al Lulu Jewellery FZE | Al Lulu Jewellery FZE<br>Al Lulu Jewelery FZE<br>Al Lulu Jewelry FZE<br>Al Lulu Jewellery F.Z.E.<br>Al Lulu Jewelery F.Z.E.<br>Al Lulu Jewelry F.Z.E.<br>Al Lulu Jewellery<br>Al Lulu Jewelery<br>Al Lulu Jewelry<br>Al Lulu FZE<br>Al Lulu F.Z.E. |
| Al Subhi Jewellery FZE | Al Subhi Jewellery FZE<br>Al Subhi Jewelery FZE<br>Al Subhi Jewelry FZE<br>Al Subhi Jewellery F.Z.E.<br>Al Subhi Jewelery F.Z.E.<br>Al Subhi Jewelry F.Z.E.<br>Al Subhi Jewellery<br>Al Subhi Jewelery<br>Al Subhi Jewelry<br>Al Subhi FZE<br>Al Subhi F.Z.E. |
| Al Jumanah Jewellery FZE | Al Jumanah Jewellery FZE<br>Al Jumanah Jewelery FZE<br>Al Jumanah Jewelry FZE<br>Al Jumanah Jewellery F.Z.E.<br>Al Jumanah Jewelery F.Z.E. |

|  | Al Jumanah Jewelry F.Z.E. |
|---|---|
|  | Al Jumanah Jewellery |
|  | Al Jumanah Jewelery |
|  | Al Jumanah Jewelry |
|  | Al Jumanah FZE |
|  | Al Jumanah F.Z.E. |
| Al Ihsan Jewellery FZE | Al Ihsan Jewellery FZE |
|  | Al Ihsan Jewelery FZE |
|  | Al Ihsan Jewelry FZE |
|  | Al Ihsan Jewellery F.Z.E. |
|  | Al Ihsan Jewelery F.Z.E. |
|  | Al Ihsan Jewelry F.Z.E. |
|  | Al Ihsan Jewellery |
|  | Al Ihsan Jewelery |
|  | Al Ihsan Jewelry |
|  | Al Ihsan FZE |
|  | Al Ihsan F.Z.E. |
| Al Abia Jewellery FZC | Al Abia Jewellery FZC |
|  | Al Abia Jewelery FZC |
|  | Al Abia Jewelry FZC |
|  | Al Abia Jewellery F.Z.C. |
|  | Al Abia Jewelery F.Z.C. |
|  | Al Abia Jewelry F.Z.C. |
|  | Al Abia Jewellery |
|  | Al Abia Jewellery |
|  | Al Abia Jewelry |
|  | Al Abia FZC |
|  | Al Abia F.Z.C. |
| Winsome Diamonds and Jewellery Limited | Winsome Diamonds and Jewellery Limited |
|  | Winsome Diamonds and Jewelery Limited |
|  | Winsome Diamonds and Jewelry Limited |
|  | Winsome Diamonds & Jewellery Limited |
|  | Winsome Diamonds & Jewlery Limited |
|  | Winsome Diamonds & Jewelry Limited |
|  | Winsome Diamonds and Jewellery Ltd |
|  | Winsome Diamonds and Jewelery Ltd |
|  | Winsome Diamonds and Jewelry Ltd |
|  | Winsome Diamonds & Jewellery Ltd |
|  | Winsome Diamonds & Jewelery Ltd |
|  | Winsome Diamonds & Jewelry Ltd |
|  | Winsome Diamonds Limited |
|  | Winsome Diamonds Ltd |
|  | Winsome Jewellery Limited |
|  | Winsome Jewelery Limited |
|  | Winsome Jewelry Limited |
|  | Winsome Jewellery Ltd |
|  | Winsome Jewelery Ltd |
|  | Winsome Jewelry Ltd |
|  | Winsome Limited |

9

|  | Winsome Ltd |
|  | Winsome Diamonds and Jewellery |
|  | Winsome Diamonds and Jewelery |
|  | Winsome Diamonds and Jewelry |
|  | Winsome Diamonds & Jewellery |
|  | Winsome Diamonds & Jewelery |
|  | Winsome Diamonds & Jewelry |
|  | Winsome Diamonds |
|  | Winsome Jewellery |
|  | Winsome Jewelery |
|  | Winsome Jewelry |