## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVIDISON
www.flsb.uscourts.gov

In re:                                                                                          Case No. 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,                          Chapter 15
HOLDWAVE TRADING LIMITS,                                                  (*Jointly Administered*)

      Debtors in a Foreign Proceeding.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice listed below was furnished, based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the Notice was entered on the court docket, to those parties registered to receive NEF in this case.

1) *Notice of Hearing on Motion for Protective Order [ECF No. 37].*

Dated: September 28, 2021.

                                                        Respectfully submitted,

                                                        */s/ Eric J. Silver*
                                                        Eric J. Silver, Esq.
                                                        Florida Bar Number 057262
                                                        STEARNS WEAVER MILLER
                                                        WEISSLER ALHADEFF & SITTERSON, P.A.
                                                        Museum Tower, Suite 2200
                                                        150 West Flagler Street
                                                        Miami, Florida 33130
                                                        Telephone: (305) 789-3200
                                                        Facsimile:  (305) 789-3395
                                                        esilver@stearnsweaver.com
                                                        *Counsel for PDC Limited*

Case No.: 21-16133-LMI

/s/ Drew M. Dillworth
Drew M. Dillworth, Esq.
Florida Bar Number 167835
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395
ddillworth@stearnsweaver.com
*Counsel for PDC Limited*

#9871754 v1

2