

ORDERED in the Southern District of Florida on September 29, 2021.

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,        Chapter 15
HOLDWAVE TRADING LIMITS,                                   (*Jointly Administered*)

    Debtors in a Foreign Proceeding.
_____/

### AGREED ORDER GRANTING MOTION FOR PROTECTIVE ORDER

This matter came before the Court without a hearing upon the *Motion for Protective Order* (the "Motion") [ECF No. 36] filed by PDC Limited ("PDC").[1] The Court, having reviewed the Motion and the record of these jointly administered Chapter 15 cases, and being advised of the agreement of PDC and the Foreign Representatives, finds it appropriate to grant the relief herein. Therefore, it is –

ORDERED as follows:

1.      The Motion is GRANTED.

---

[1] All other capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2.	The "Relevant Period" for all requests related to PDC Limited and Glengoyne Financial Holdings Corp in the subpoenas noticed in ECF Nos. 18-35 is MODIFIED to <u>January 1, 2012 through December 31, 2015</u>.

###

Order submitted by:

Eric J. Silver, Esq.
*Counsel for PDC*
esilver@stearnsweaver.com
STEARNS WEAVER MILLER
  WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:	(305) 789-3200
Facsimile:	(305) 789-3395

(Attorney Silver is directed to serve a conformed copy of this Order on all parties listed below immediately upon receipt of same from the Court, and file with the Court a Certificate of Service).

#9868945 v1