## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVIDISON
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED, | Chapter 15 |
| HOLDWAVE TRADING LIMITS, | (*Jointly Administered*) |
| Debtors in a Foreign Proceeding. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order listed below was furnished, based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the Order was entered on the court docket, to those parties registered to receive NEF in this case.

1) Agreed Order Granting Motion for Protective Order [ECF No. 39].

Dated: October 1, 2021.

Respectfully submitted,

*/s/ Eric J. Silver*
Eric J. Silver, Esq.
Florida Bar Number 057262
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395
esilver@stearnsweaver.com
*Counsel for PDC Limited*

Case No.: 21-16133-LMI

*/s/ Drew M. Dillworth*
Drew M. Dillworth, Esq.
Florida Bar Number 167835
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395
ddillworth@stearnsweaver.com
*Counsel for PDC Limited*

#9886406 v1

2