

**ORDERED in the Southern District of Florida on November 23, 2021.**

*[Signature]*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | |
| In re: | Case No.: 21-16139-RAM |
| HOLDWAVE TRADING LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | |

### AMENDED ORDER DIRECTING JOINT ADMINISTRATON OF CASES

THIS MATTER came before the Court upon the Foreign Representatives Nicholas Wood, Colin Diss, and Michael Leeds', the joint liquidators ("Joint Liquidators" or "Foreign Representatives") of the foreign bankruptcy estates of Oceanroad Global Services Limited ("Oceanroad") and Holdwave Trading Limited ("Holdwave") (collectively, the "Debtors"),

Motion for Joint Administration Under Fed. R. Bank. P. 1015(b) and Local Rule 1015-1 (the "Motion") [DE 4].

The Court FINDS as follows:

The Foreign Representatives state that joint administration will not give rise to conflict of interest among the cases being jointly administered. It appears that these cases should be jointly administered as authorized under Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The above captioned Chapter 15 proceedings shall be jointly administered and Case No.: 21-16133-LMI, In re: Oceanroad Global Services Limited, shall be designated the "lead case."

3. A single case docket and court file will be maintained hereafter under the lead case, Case No.: 21-16133-LMI, and hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

4. The style of these jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED,<br>HOLDWAVE TRADING LIMITED, | Chapter 15 |
| Debtors in a Foreign Proceeding.<br>_____/ | *(Jointly Administered)* |

5. A docket entry shall be made in each of the cases as follows:

An Order has been entered in this case directing the procedural and joint administration of the Chapter 15 cases of Oceanroad Global Services Limited and Holdwave Trading Limited and the docket in Case No.: 21-16133-LMI shall be consulted in all matters affecting or relating to these cases.

6. In re: Holdwave Trading Limited, Case No.: 21-16139-RAM is hereby transferred to The Honorable Laurel M. Isicoff.

# # #

Submitted by:
Edward H. Davis, Jr., Esq.
Gregory S. Grossman, Esq.
Nyana Abreu Miller, Esq.
Carolina Z. Goncalves, Esq.
SEQUOR LAW
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone:     (305) 372-8282
Facsimile:     (305) 372-8202
E-Mail:        edavis@sequorlaw.com
               ggrossman@sequorlaw.com
               nmiller@sequorlaw.com
               cgoncalves@sequorlaw.com

*(Attorney Carolina Z. Goncalves is directed to serve a copy of this Order on all interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order)*