UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No.: 21-16133-LMI

OCEANROAD GLOBAL SERVICES LIMITED,                 Chapter 15
HOLDWAVE TRADING LIMITED,

    Debtors in a Foreign Proceeding.                             *(Jointly Administered)*
_____/

# CERTIFICATE OF SERVICE OF ORDERS GRANTING
# RECOGNITION OF FOREIGN MAIN PROCEEDINGS

**I HEREBY CERTIFY** that a true and correct copy of the *Amended Order Directing Joint Administration of Cases* [ECF No. 41], was served on November 24, 2021 by the Court's CM/ECF system which sent a Notice of Electronic Filing to all CM/ECF participants listed in the attached service list and by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

    Respectfully submitted,

    **SEQUOR LAW, P.A.**
    1111 Brickell Avenue, Suite 1250
    Miami, Florida 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202

By:    */s/ Carolina Z. Goncalves*
    Edward H. Davis, Jr., Fla. Bar No. 704539
    edavis@sequorlaw.com
    Gregory S. Grossman, Fla. Bar No. 896667
    ggrossman@sequorlaw.com
    Nyana Abreu Miller, Fla. Bar No. 092903
    nmiller@sequorlaw.com
    Carolina Z. Goncalves, Fla. Bar No. 124570
    cgoncalves@sequorlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on November 24, 2021 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

                                                  */s/ Carolina Z. Goncalves*
                                                  Carolina Z. Goncalves

**21-16133-LMI Notice will be electronically mailed to:**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Edward H. Davis, Jr. on behalf of Debtor Oceanroad Global Services Limited
edavis@sequorlaw.com, msanchez@sequorlaw.com

Gregory S Grossman on behalf of Debtor Holdwave Trading Limited
ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com

Nyana Abreu Miller on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
nmiller@sequorlaw.com, msanchez@sequorlaw.com

Carolina Z. Goncalves on behalf of Debtors Oceanroad Global Services Limited and Holdwave Trading Limited
cgoncalves@sequorlaw.com, msanchez@sequorlaw.com

Eric J Silver on behalf of Interested Party PDC Limited
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**21-16133-LMI Notice will be manually sent via electronic mail to:**

N/A