UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED, HOLDWAVE TRADING LIMITED, | Chapter 15 |
| Debtors in a Foreign Proceeding. _____/ | *(Jointly Administered)* |

## CERTIFICATE OF SERVICE OF ORDERS APPROVING CONFIDENTIALITY AGREEMENTS

**I HEREBY CERTIFY** that on April 11, 2022 a true and correct copy of the *Order Approving Confidentiality Agreement* [ECF No. 87] and *Order Approving Confidentiality Agreement* [ECF No. 88] were served by the Court's CM/ECF system which sent a Notice of Electronic Filing to all CM/ECF participants and by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

Respectfully submitted,

**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By:   */s/ Carolina Z. Goncalves*
Edward H. Davis, Jr., Fla. Bar No. 704539
edavis@sequorlaw.com
Gregory S. Grossman, Fla. Bar No. 896667
ggrossman@sequorlaw.com
Nyana Abreu Miller, Fla. Bar No. 092903
nmiller@sequorlaw.com
Carolina Z. Goncalves, Fla. Bar No. 124570
cgoncalves@sequorlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on April 12, 2022 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and by e-mail to all persons who are not on the list to receive e-mail notice/service for this case as indicated on the service list below.

*/s/ Carolina Z. Goncalves*
Carolina Z. Goncalves

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Nyana Abreu Miller, Esq. nmiller@sequorlaw.com; msanchez@sequorlaw.com
- Carolina Z. Goncalves, Esq. cgoncalves@sequorlaw.com ; msanchez@sequorlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Eric J. Silver, Esq. esilver@stearnsweaver.com;  jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com
- Drew M. Dillworth, Esq. ddillworth@stearnsweaver.com

**Manual Notice List**

- (No manual recipients)