**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

OCEANROAD GLOBAL SERVICES LIMITED,

    Debtor.

_____/

Case No.  21-16133-LMI

(Jointly Administered)
Chapter 15

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND FUTURE ELECTRONIC NOTICES

*PLEASE TAKE NOTICE* that undersigned counsel, Eric J. Silver, Esq. and Drew M. Dillworth, Esq. of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., having appeared in the above-entitled matter as counsel for PDC Limited ("PDC"), hereby withdraw their appearance as counsel of record for PDC.

*PLEASE TAKE FURTHER NOTICE* that the undersigned counsel requests to be removed from the Service List and Future Electronic Notices, including the service list, electronic notices, and main matrix in the above case.

Dated:  October 31, 2024.

    Respectfully submitted,

    */s/ Eric J. Silver*
    ERIC J. SILVER, ESQ.
    Florida Bar No 057262
    esilver@stearnsweaver.com
    STEARNS WEAVER MILLER
    WEISSLER ALHADEFF & SITTERSON, P.A.
    Museum Tower Building, Suite 2200
    150 West Flagler Street
    Miami, Florida 33130
    Telephone:    (305) 789-3200
    Facsimile:      (305) 789-3395
    *Counsel for PDC Limited*

>/s/ Drew M. Dillworth
> DREW M. DILLWORTH, ESQ.
> Florida Bar No 167835
> ddillworth@stearnsweaver.com
> STEARNS WEAVER MILLER
>  WEISSLER ALHADEFF & SITTERSON, P.A.
> Museum Tower Building, Suite 2200
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone:    (305) 789-3200
> Facsimile:    (305) 789-3395
> *Counsel for PDC Limited*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the Notice was entered on the court docket, to those parties registered to receive Notices of Electronic Filing in this case.

>/s/ Eric J. Silver
> ERIC J. SILVER, ESQ.
> Florida Bar No 057262
> esilver@stearnsweaver.com