UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-16133-LMI |
| OCEANROAD GLOBAL SERVICES LIMITED, HOLDWAVE TRADING LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. _____/ | |

## **NOTICE OF FILING CONFIDENTIALITY AGREEMENT**

Nicholas Wood and Colin Diss, as joint liquidators ("Foreign Representatives"), as court-appointed joint liquidators of Oceanroad Global Services Limited ("Oceanroad") and Holdwave Trading Limited ("Holdwave") (together, the "Debtors"), by and through their respective undersigned counsel, hereby gives notice of filing the Confidentiality Agreement Dated March 26, 2025, which is attached hereto as **Exhibit A**.

Dated: March 26, 2025

                                                  Respectfully submitted,

                                                  SEQUOR LAW, P.A.
                                                  1111 Brickell Avenue, Suite 1250
                                                  Miami, Florida 33131
                                                  Telephone: (305) 372-8282
                                                  Facsimile: (305) 372-8202
                                                  nmiller@sequorlaw.com
                                                  svaldes@sequorlaw.com

                                  By:    */s/ Nyana A. Miller*
                                                  Nyana Abreu Miller, Esq.
                                                  FL Bar No.: 92903
                                                  Templeton N. Timothy, Esq.
                                                  FL Bar No.: 1025172

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants on March 26, 2025.

*/s/ Nyana A. Miller*
Nyana A. Miller

SEQUOR LAW, P.A.

# **EXHIBIT A**